# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: September 9, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

              Plaintiff        **SCHEDULING ORDER**

    -against-

                                                   7:21-cr-00544-UA

Atiq Butt

             Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a arraignment on and indictment hearing for 9/17/2021 at 2:00 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at
    https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated: 9/9/2021
       White Plains, New York

                                                     SO ORDERED:

                                                     s/       PED
                                                     _____

                                                     PAUL E. DAVISON
                                                     United States Magistrate Judge